```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____              │
│ DATE FILED: 02/10/2015               │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

ALEXANDER A. BENZEMANN,

                        Plaintiff,

            - against -

CITIBANK N.A., HOUSLANGER &
ASSOCIATES PLLC, TODD E.
HOUSLANGER, NCEP, LLC, and NEW
CENTRY FINANCIAL SERVICES, INC.,

                        Defendants.

---------------------------------X

                        ORDER

                        15 Civ. 437 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     **WHEREAS** plaintiff filed a complaint in this action in Supreme

Court, New York County, on December 5, 2014, asserting twelve

claims under state law and one claim, for breach of the Electronic

Fund Transfer Act, 15 U.S.C. §§ 1693 et seq., under federal law;

and

     **WHEREAS** defendants removed this case to this Court on January

21, 2015, and invoked this Court's jurisdiction over federal claims

as a basis for removal; and

     **WHEREAS** plaintiff filed an amended complaint on January 28,

2015, in which he withdrew his federal claim and asserted only

twelve claims under state law; and

**WHEREAS** the Second Circuit has "generally held that where all federal claims have been dismissed at a relatively early stage, the district court should decline to exercise supplemental jurisdiction over pendent state law claims," Astra Media Group. LLC v. Clear Channel Taxi Media, LLC, 414 F. App'x 334, 337 (2d Cir. 2011); it is hereby

**ORDERED** that the action be remanded to the Supreme Court of the State of New York for New York County.

Dated:     New York, New York
           February 10, 2015


                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE